IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MARK A NEW,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | ) Case No.   1:11-cv-998-AKK-TMP |
| | ) |
| **JAMES MULLINS, Warden;** | ) |
| **THE ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
|     **Respondents.** | ) |

## O R D E R

On August 27, 2012, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed.  Petitioner filed a motion for an extension of time in which to file any objections, and the motion was granted, giving petitioner until October 11, 2012, to file any objections.  To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby

DENIED and DISMISSED WITH PREJUDICE.

Done the 18th day of October, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE